396 A.2d 21

Commonwealth v. Dieterly, Appellant.

Submitted September 12, 1977. Robert F. Simone, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

CERCONE, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.